UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

NASHEER SALEEMN SYED

Plaintiff,

v.

MARKWAYNE MULLIN et al.,

Defendants.

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Civil Action No.
1:26-cv-2621
(NGG)

---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Maspeth, New York
September 1, 2026

SAMI EL CHERIF, ESQ.
*Counsel for Plaintiff*
55-21 69TH Street
Maspeth, New York 11378

By: */s/Sami El Cherif*
Sami El Cherif, Esq.
(718) 803-1000
Selcherif.molaw@gmail.com

Dated: Brooklyn, New York
September 1, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Edward K. Newman*
Edward K Newman
Assistant U.S. Attorney
(718) 254-7000
edward.newman@usdoj.gov

**So Ordered.**

/s/(NGG)

**Hon. Nicholas G. Garaufis**
**Date:** 9/8/26